CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
MATHEW W. PILE (WSBA 32245)
Head of Program Litigation 1
Social Security Administration | Law & Policy
LISA A. TILLMAN (CA Bar No. 126424)
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: 410-965-5909
Email: Lisa.A.Tillman@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NELSON CASTRILLO-CABRALES,<br><br>   Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | CIVIL NO. 3:25-cv-08200-LJC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR COMMISSIONER'S BRIEF** |

   Defendant Commissioner of Social Security (Defendant) respectfully requests that the Court adopt this stipulation to extend the deadline for Defendant to respond to Plaintiff's brief by thirty days, from January 20, 2026 to February 19, 2026.  Defendant further requests that all subsequent deadlines be extended accordingly.  This is Defendant's first request for an extension of time to file a response.

   Good cause exists for this extension.  Defendant respectfully requests this additional time because Defendant's counsel is experiencing an extremely heavy workload, despite due diligence.  In

addition to this case, the undersigned is preparing the Commissioner's response briefs for several district court cases with concurrent deadlines. Counsel has already addressed four other cases this month by filing opposition briefs or otherwise resolving the cases. An additional thirty days would provide the undersigned with the time to thoroughly review the record and examine the issues raised in Plaintiff's Opening Brief. This request is made in good faith and with no intention to unduly delay the proceedings. Defendant appreciates Plaintiff's counsel's professional courtesy and apologizes to the Court for the inconvenience.

    Counsel for Defendant advised counsel for Plaintiff of the need for this extension by email sent on January 14, 2026 at approximately 2:45 p.m. Counsel for Plaintiff confirmed that Plaintiff does not object to this request.

    It is therefore requested that Defendant be granted a thirty-day extension of time to respond to Plaintiff's brief, from January 16, 2026 to February 17, 2026.

Respectfully submitted,

DATED: January 14, 2026  By: /s/ *Young Chul Cho*
YOUNG CHUL CHO, ESQ.

Attorney for Plaintiff

DATED: January 14, 2026  CRAIG H. MISSAKIAN
United States Attorney

By: s/ *Lisa A. Tillman*
LISA A. TILLMAN, ESQ.
Special Assistant United States Attorney
Office of Program Litigation, Office 7

Attorneys for Defendant

**ATTESTATION**

Pursuant to Section 5-1(h) of the Civil Local Rules of the United States District Court for the Northern District of California, I certify that the content of this document is acceptable to counsel for Plaintiff and that I have obtained authorization from Young Chul Cho, Esq. to affix their electronic signature to this document.

By: s/ *Lisa A. Tillman*
LISA A. TILLMAN
Special Assistant U.S. Attorney

**ORDER**

Pursuant to the above-stated stipulation, the deadline for Defendant's brief is extended from January 20, 2026 to February 19, 2026.

IT IS SO ORDERED.

Dated: January 15, 2026

_____
Magistrate Judge Lisa J. Cisneros